**TIFFANY & BOSCO**
P.A.

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034

Attorneys for Wells Fargo Financial Arizona, Inc.

14-02773

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Arthur Benjamin Tellez and Stella D. Tellez<br><br>Debtors. | No. 4:14-bk-00651-EWH<br><br>Chapter 11<br><br>**STIPULATION REGARDING MOTION FOR VALUATION ENCUMBERING THE FIRST LIEN ON REAL PROPERTY LOCATED AT 5527 W. EARLL DRIVE, PHOENIX, AZ 85031** |

IT IS HEREBY STIPULATED by and between Wells Fargo Financial Arizona, Inc. ("Secured Creditor") and Arthur Benjamin Tellez and Stella D. Tellez ("Debtors"), through counsel undersigned, that the property generally described as 5527 W. Earll Drive, Phoenix, AZ 85031 (the "Property"), shall be valued at $95,500.00.

IT IS FURTHER STIPULATED that the Evidentiary Hearing set for August 6, 2014 at 3:00 P.M. is vacated as to the Property.

SO STIPULATED:

Dated: 7/31/14

BY: /s/
Leonard McDonald, Esq
David W. Cowles
Mark S. Bosco
Attorney for Secured Creditor

Dated: 7/31/14

BY: /s/
Eric Slocum Sparks, Esq.
Attorney for Debtors-in-Possession

2