KEVIN HAHN, #024277
NATHAN SMITH, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax
kevin@mclaw.org
nathan@mclaw.org

Attorneys for Caliber Home Loans, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARTHUR BENJAMIN TELLEZ and STELLA D TELLEZ,<br><br>Debtors. | Bankruptcy Case No. 4:14-bk-00651-SHG<br><br>Chapter 11<br><br><u>HEARING</u>:<br>DATE: December 10, 2014<br>TIME: 10:00 a.m.<br><br>[7931 W Mural Hill Dr., Tucson, AZ 85743] |

## **ORDER GRANTING STIPULATION RE: TREATMENT OF CALIBER'S CLAIM IN DEBTORS' PLAN**

Pursuant to the Stipulation re: Treatment of Caliber's Claim in Debtors' Plan filed on October 17, 2014, entered into between Caliber Home Loans, Inc. ("CALIBER") and the above-referenced Debtors ("Debtors"), regarding the real property commonly known as 7931 W Mural Hill Dr., Tucson, AZ 85743 ("Property"), and good cause appearing:

///

IT IS HEREBY ORDERED:

1. CALIBER shall have a fully secured claim in the amount of $160,000 ("Secured Claim"), to be amortized over 30 years, at an interest rate of 5% per annum.

2. The remaining balance of CALIBER's claim shall be treated as an unsecured claim in Debtors' Chapter 11 Plan of Reorganization.

3. Debtors shall tender regular monthly principal and interest payments in the amount of $858.91, commencing on November 1, 2014, and continuing until November 1, 2044, or until all such outstanding amounts under the Secured Claim are paid in full.

4. Debtors shall cure any and all post-petition escrow advances made by CALIBER for real property taxes and/or insurance, on or before the Effective Date of the Plan. Debtors shall tender the necessary monthly escrow payments, together with the regular monthly mortgage payments, commencing on November 1, 2014, and continuing thereafter until the loan is paid in full.

5. The acceptance by CALIBER of a late or partial payment shall not act as a waiver of CALIBER's rights to proceed hereunder.

6. The terms of this Stipulation may not be modified, altered, or changed by the Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan of Reorganization and confirmation order thereon without the express written consent of CALIBER. The terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed Amended Chapter 11 Plan of Reorganization.

7. In the event that Debtors' case is dismissed or converted to any other chapter under Title 11 of the United States Bankruptcy Code, CALIBER shall retain its lien in the full amount due under the Note and shall not be bound by the terms of this Stipulation.

8. All other terms of the Note and Deed are to remain unaltered, including, but not limited to, provisions upon default.

9. In the event that Debtors default under the Plan, the default terms of the Note and Deed of Trust shall be immediately binding upon Debtors, without the need for further Court action.

///

///

10. This Stipulation shall resolve Debtors' Motion to Determine the Valuation of Real Properties ("Motion") as it pertains to the Property, and shall constitute a ballot voting in favor of Debtors' Plan.

11. The evidentiary hearing on Debtors' Motion, scheduled for December 10, 2014 at 10:00 a.m., is hereby vacated.

Submitted on October 17, 2014 by:

MALCOLM ♦ CISNEROS, A Law Corporation

/s/ *Kevin Hahn*
KEVIN HAHN
Attorneys for Caliber Home Loans, Inc.

# # #